IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 15-302-2
:
TERRELL HAMPTON :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 18th day of January, 2018, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐ A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒ The jury has returned its verdict, finding the defendant not guilty as to: Counts 17ss & 18ss

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Gerald J. Pappert
Gerald J. Pappert, J.

1/19/18
Date
By Whom   JL

Cr 1 (8/80)