IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL ACTION |
| TERRELL HAMPTON, | NO. 15-302-2 |
| *Defendant.* | |

# ORDER

**AND NOW**, this 15th day of May, 2018, upon consideration of Defendant Terrell Hampton's Motion for Acquittal and/or a New Trial (ECF No. 375), and the Government's Response (ECF No. 379), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.