IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRELL HAMPTON | CRIMINAL ACTION<br>NO. 15-00302-2 |

## ORDER

**AND NOW**, this 10th day of August 2020, upon consideration of Terrell Hampton's Motion for Release (ECF No. 418) and the government's Response (ECF No. 438), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1