# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRELL HAMPTON | CRIMINAL ACTION<br>NO. 15-302-2 |

## ORDER

AND NOW, this 25th day of May, 2022, upon consideration of Defendant Terrell Hampton's *pro se* Motion for Relief Pursuant to 28 U.S.C. § 2255 (ECF 484), his supporting *pro se* Amendment and Argument for Memorandum of Law in Support (ECF 488) and the Government's Response (ECF 492), and consistent with the accompanying memorandum of law, it is **ORDERED** that Hampton's motion is **DENIED** and a certificate of appealability **SHALL NOT** issue.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.