IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| TERRELL HAMPTON | NO. 15-302-2 |
| *Defendant.* | |

**ORDER**

AND NOW, this 3rd day of January 2024, upon consideration of Terrell Hampton's *pro se* Motion to reduce his sentence (ECF 512), and the Government's Response (ECF 515), the Motion is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.